UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **SHANE MATHERNE ENTERPRISES, INC.** | **CIVIL ACTION** |
| **VERSUS** | **NO: 04-2140** |
| **KENNETH KLEMM** | **SECTION: "K"(2)** |

### ORDER

It has come to the attention of the Court that Defendants Clifford Sokolic does not oppose Plaintiff's Motion for Partial Summary Judgment (Rec.Doc.No. 48) set for hearing on February 7, 2007. Accordingly, this motion is deemed to be unopposed, and, further, it appearing to the Court that the motion has merit,

**IT IS ORDERED** that the motion is **GRANTED** and the Defendant's claims of defamation and under the Louisiana Unfair Trade Practices Act are hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, on this __1st__ day of February, 2007.

STANWOOD R. DUVAL, JR.
UNITED STATES DISTRICT COURT JUDGE